UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOEL CROOKSTON,

    Plaintiff,

v.

JOCELYN BENSON,

    Defendant.
_____/

Case No. 1:16-cv-1109

HON. JANET T. NEFF

### ORDER

This Court having been informed through the filing of the Joint Notice of Settlement (ECF No. 97) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers, prepared by counsel for entry by Janet T. Neff, United States District Judge, shall be filed with the Court no later than May 8, 2019.

**IT IS FURTHER ORDERED** that the briefing schedule as to Defendant's anticipated motion for summary judgment is SUSPENDED pending further order of the Court.

Dated: April 6, 2019

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge